**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EDWIN RANDAL COSTON,<br><br>                                    Petitioner,<br><br>v.<br><br><br>ARAIZA-RAMIREZ, Warden,<br><br>                                    Respondent. | Case No.:  3:26-cv-2558-BTM-VET<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE** |

Petitioner, a federal prisoner proceeding pro se, has filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, but has not paid the $5.00 filing fee and has not moved to proceed in forma pauperis. A Petition for Writ of Habeas Corpus must either be accompanied by a $5.00 filing fee or an application to proceed in forma pauperis. *See* Rules Governing Section 2254 Cases in the United States District Courts ("Habeas Rules"), Habeas Rule 3(a).[1] If Petitioner wishes to proceed with this action he must submit a copy of this Order with the requisite $5.00 fee or adequate proof he cannot pay the fee **no later**

---

[1] A habeas petition brought pursuant to 28 U.S.C. § 2241 is subject to the same fee requirement as a habeas petition brought pursuant to 28 U.S.C. § 2254. *See* Habeas Rule 1(b) (providing that district courts may apply the Habeas Rules to habeas petitions not brought pursuant to 28 U.S.C. § 2254).

than **June 15, 2026**. *For Petitioner's convenience, the Clerk of Court shall attach to this Order, a blank application to proceed in forma pauperis.*

DATED:  April 30, 2026

_____
Hon. Barry Ted Moskowitz
United States District Judge